admitted that he might be the father of the child but would like a blood test to make sure. A blood test was had but the physician who gave it testified that it did not prove or disprove the possible parentage and that no decision could be made on the basis of the test. In fact, the blood test was negative as to the mother also. Order unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ARTHUR OPPENHEIMER and ILSE OPPENHEIMER, nee WEDELL, Respondents, v. ANTON THOMAS and MARIA ANTON THOMAS, nee KESSEBOHM, Appellants.— This action was brought to compel the specific performance of a contract whereby defendants had agreed to exchange certain real estate and personal property located in Columbia county, New York, for certain real property owned by plaintiffs and located in Germany. While the answer contains many alleged defenses only two require consideration. Defendants contend that plaintiffs are not able to convey a marketable title and that they failed to transfer a good title on or before March 1, 1938, the date mentioned in the contract for performance. The trial judge found that plaintiffs could convey a good title and that time was not the essence of the contract and directed judgment in favor of plaintiffs. The proof sustains the findings of the trial court. Judgment unanimously affirmed, with costs. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

## (November 15, 1939.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES EMERSON HALL, Appellant.— Motion to dismiss appeal denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of Dr. ELSE K. LA ROE, Petitioner, for an Order of Certiorari Pursuant to Article 78 of the Civil Practice Act against Board of Regents of the University of the State of New York, Respondents.— Motion for stay granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

NEW ROCHELLE TRUST COMPANY, Plaintiff, v. WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, and the CITY OF NEW ROCHELLE, Defendants.— Motion by First Trust & Deposit Company for leave to file a brief as amicus curiæ, granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

NEW ROCHELLE TRUST COMPANY, Plaintiff, v. WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, and the CITY OF NEW ROCHELLE, Defendants.— Motion by the city of Rochester for leave to file a brief as amicus curiæ, granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

NEW ROCHELLE TRUST COMPANY, Plaintiff, v. WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, and the CITY OF NEW ROCHELLE, Defendants.— Motion by the city of Syracuse for leave to file a brief as amicus curiæ, granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of MILARD ROPER, Appellant, against H. C. BOHACK Co., INC., MARYLAND CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Leave to appeal to this court on typewritten record granted, and in all other respects motion denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.